McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 06-CR-00175 OWW |
| | ) | |
| Plaintiff, | ) | ORDER ON THE GOVERNMENT'S |
| | ) | REQUEST FOR EXTENSION OF |
| v. | ) | TIME |
| | ) | TO RESPOND TO DEFENDANT'S |
| | ) | APPEAL FROM THE MAGISTRATE |
| CHRISTINA ANN CARR, | ) | COURT REGARDING SHACKLING |
| | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED, that the government may have until September 1, 2006, to respond to the defendant's appeal.


DATED:   July 14, 2006          /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                U.S. District Court Judge