DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar No. 67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (209) 487-5561

Counsel for Defendant
CHRISTINA ANN CARR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>CHRISTINA ANN CARR,<br><br>           Defendant. | No. 1:06-cr-00175 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ;<br>ORDER THEREON<br><br>DATE:   March 6, 2007<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above entitled matter now set for February 6, 2007, **may be continued to March 6, 2007, at 9:00 A.M.**

The reason for this continuance is to allow counsel for defendant time for further preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the

///
///
///
///
///

1 defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence.

3                                          McGREGOR W. SCOTT
                                             United States Attorney
4

5 DATED: February 2, 2007          By:    /s/ Stanley A. Boone
                                            STANLEY A. BOONE
6                                           Assistant U.S. Attorney

7

8                                          DANIEL J. BRODERICK
                                             Federal Defender
9

10 DATED: February 2, 2007         By:    /s/ Robert W. Rainwater
                                            ROBERT W. RAINWATER
11                                          Assistant Federal Defender

12

13

14                                         **ORDER**

15      IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
16 For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
17 interest of the public and the defendant in a speedy trial.
18 IT IS SO ORDERED.

19 **Dated:   February 5, 2007**              /s/ Oliver W. Wanger
   emm0d6                                     UNITED STATES DISTRICT JUDGE
20

2