DANIEL J. BRODERICK, #89424
Federal Defender
ROBERT W. RAINWATER, Bar No. 67212
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (209) 487-5561

Counsel for Defendant
CHRISTINA ANN CARR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>CHRISTINA ANN CARR,<br><br>　　　　*Defendant.* | No. 1:06-cr-00175 OWW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON<br><br>DATE:　November 16, 2007<br>TIME:　8:45 a.m.<br>JUDGE:　Hon. Lawrence J. O'Neill |

**STIPULATION**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above entitled matter now set for November 9, 2007, **may be continued to November 16, 2007, at 8:45 A.M.**

The reason for this continuance is because counsel for defendant will be out of the office for personal reasons.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny

///

///

///

counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: October 31, 2007          By:    /s/ Stanley A. Boone
                                                        STANLEY A. BOONE
                                                          Assistant U.S. Attorney

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: October 31, 2007          By:    /s/ Robert W. Rainwater
                                                          ROBERT W. RAINWATER
                                                        Assistant Federal Defender

**ORDER**

Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   October 31, 2007**                /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE