PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**



FILED
NOV 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 1:06CR00175-001 |
| ) | |
| **Christina Ann CARR** ) | |

On November 16, 2007, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN
United States Probation Officer**

Dated: October 26, 2009
Bakersfield, California
JRM:dk

**REVIEWED BY:** /s/ Thomas A. Burgess
_____

**THOMAS A. BURGESS
Supervising United States Probation Officer**

Re:     **Christina Ann CARR**
        Docket Number:  1:06CR00175-001
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

_____Nov 12, 2009_____
Date

_____
LAWRENCE J. O'NEILL
United States District Judge

JRM:dk
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office